**STATE of Missouri,**
**Plaintiff-Respondent,**

v.

**Daniel Patrick HOEBER,**
**Defendant-Appellant.**

**No. 52399.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 11, 1987.

Charles F. James, Wentzville, for defendant-appellant.

Timothy Michael Joyce, Pros. Atty., Warrenton, for plaintiff-respondent.

ORDER

PER.CURIAM.

Defendant appeals from his sentence imposed after his conviction for driving while intoxicated in violation of Section 577.010 RSMo 1986. An extended opinion would serve no jurisprudential purpose. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).